UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Barbara S. Givens

Debtor(s)

Case No.: 10 B 36977

Chapter: 13

Judge Pamela S. Hollis

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604
Barbara S. Givens, Debtor(s), 4171 W. 194th Pl., Country Club Hills, IL 60478
Adam L. Holgiun, Attorney for Debtor(s), 20 S. Clark 28th Floor, Chicago, IL 60603

You are hereby notified that debtor(s) is(are) due to JPMorgan Chase Bank, N.A. as successor by merger to Chase Home Finance LLC for the contractual mortgage payment due 06/01/11, as of the 08/09/11 Trustee's Notice of Final Mortgage Cure. As of 8/9/11, the Debtor owes for the 06/01/11 through 08/09/11 post-petition mortgage payments, with the 07/01/11 coming due and ($662.93) in suspense. The current mortgage payment amount due each month is $1,029.92. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 11/06/11, JPMorgan Chase Bank, N.A. as successor by merger to Chase Home Finance LLC's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on October 7, 2011.

/s/ Joel P. Fonferko
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-14470)**
NOTE: This law firm is deemed to be a debt collector